**UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA**

Shelly Suronen,

    Plaintiff,    Civil No. 09-2822 (RHK/RLE)

vs.    **ORDER**

Chad Maurstad, et al.,

    Defendants.

---

  This matter is venued in the Sixth Division.

  All proceedings before the undersigned (motions, trial, etc.) will be held in the United States Courthouse in Fergus Falls, Minnesota, unless otherwise directed by the Court.

Dated: October 15, 2009

             s/Richard H. Kyle
             RICHARD H. KYLE
             United States District Judge