# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

---

Shelly Suronen,                            Civil No. 09-2822 (RHK/LIB)

               Plaintiff,                 **ORDER FOR DISMISSAL**

vs.

Deputy Sheriff Chad Maurstad, Roseau
County Sheriff Jule D. Hanson, County of
Roseau,

               Defendants.

---

Pursuant to the Stipulation for Dismissal (Doc. No. 36) **IT IS ORDERED** that this matter is **DISMISSED WITH PREJUDICE** on the merits.

**LET JUDGMENT BE ENTERED ACCORDINGLY**.

Dated October 22, 2010

                                               s/Richard H. Kyle
                                               RICHARD H. KYLE
                                               United States District Judge